# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

WELLS FARGO BANK, N.A. AS §
TRUSTEE FOR OPTION ONE §
MORTGAGE LOAN TRUST 2007-FXD2 §
ASSET-BACKED CERTIFICATES, §
SERIES 2007-FXD2 §
§
§
   v. §   CASE NO. 3:19-CV-9-S-BN
§
CHARLES F. MALLOY §

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

  After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated July 23, 2019, the Court finds that the Findings Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

  **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

  **SO ORDERED.**

SIGNED August 27, 2019.

_____
**UNITED STATES DISTRICT JUDGE**