# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| WELLS FARGO BANK, N.A. as TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-FXD2 ASSET-BACKED CERTIFICATES, SERIES 2007-FXD2<br><br>v.<br><br>CHARLES F. MALLOY | § § § § § § § § § § § CIVIL ACTION NO. 3:19-CV-9-S-BN |

## ORDER

The United States Magistrate Judge made amended findings, conclusions, and a recommendation in this case [ECF No. 71]. The Court granted Defendant Charles Foster Malloy two separate extensions of time in which to file objections to the Amended Findings, Conclusions, and Recommendation of the United States Magistrate Judge, giving Defendant until August 23, 2021 to file any such objections. *See* ECF Nos. 73 and 75. No objections have been filed.

The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Amended Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Plaintiff's Motion for Summary Judgment is therefore **GRANTED**.

**SO ORDERED.**

SIGNED August 25, 2021.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**